UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                   :   Case No. 14-70004-cec
                                                         :   Case No. 14-41669-cec
RAMON NINA,                                              :
                                                         :   (Chapter 13)
                    Debtor.                              :
-------------------------------------------------------- x
In re:                                                   :
                                                         :   Case No. 14-70005-cec
LORI CANNAN,                                             :
                                                         :   (Chapter 13)
                    Debtor.                              :
-------------------------------------------------------- x
In re:                                                   :
                                                         :   Case No. 14-70027-cec
WALTER L. TURNER,                                        :
                                                         :   (Chapter 13)
                    Debtor.                              :
-------------------------------------------------------- x
In re:                                                   :
                                                         :   Case No. 14-70028-cec
JEFFREY B. ALEXANDER,                                    :
                                                         :   (Chapter 13)
                    Debtor.                              :
-------------------------------------------------------- x
In re:                                                   :
                                                         :   Case No. 14-40074-cec
DIANE E. WILLIAMS,                                       :
                                                         :   (Chapter 13)
                    Debtor.                              :
-------------------------------------------------------- x
In re:                                                   :
                                                         :   Case No. 14-40076-cec
INEZ R. TURRIETTA,                                       :
                                                         :   (Chapter 13)
                    Debtor.                              :
-------------------------------------------------------- x
In re:                                                   :
                                                         :   Case No. 14-40147-cec
TAMARA D. JACKSON-BALL,                                  :
                                                         :   (Chapter 13)
                    Debtor.                              :
-------------------------------------------------------- x

```
------------------------------------------------------  x
In re:                                                  :
                                                        :  Case No. 14-40184-cec
SORIE DUMBUYA,                                          :
                                                        :  (Chapter 13)
                      Debtor.                           :
------------------------------------------------------  x
In re:                                                  :
                                                        :  Case No. 14-40284-cec
NEKISHA E. ADEKOYA,                                     :
                                                        :  (Chapter 13)
                      Debtor.                           :
------------------------------------------------------  x
In re:                                                  :
                                                        :  Case No. 14-40516-cec
ADRIAN D. BLACKWELL,                                    :
                                                        :  (Chapter 13)
                      Debtor.                           :
------------------------------------------------------  x
In re:                                                  :
                                                        :  Case No. 14-40567-cec
ROBERT Q. WHITE,                                        :
                                                        :  (Chapter 13)
                      Debtor.                           :
------------------------------------------------------  x
In re:                                                  :
                                                        :  Case No. 14-41071-cec
BOBBY D. BLEVINS,                                       :
                                                        :  (Chapter 13)
                      Debtor.                           :
------------------------------------------------------  x
In re:                                                  :
                                                        :  Case No. 14-41073-cec
DEBORAH SMITH                                           :
                                                        :  (Chapter 13)
                      Debtor.                           :
------------------------------------------------------  x
In re:                                                  :
                                                        :  Case No. 14-41116-cec
JOSE G. HIGUERA,                                        :
                                                        :  (Chapter 13)
                      Debtor.                           :
------------------------------------------------------  x
```

```
-------------------------------------------------- x
In re:                                             :
                                                   :  Case No. 14-41117-cec
MARCUS W. MULLINGS,                                :
                                                   :  (Chapter 13)
                    Debtor.                        :
-------------------------------------------------- x
In re:                                             :
                                                   :  Case No. 14-41118-cec
SHERMAINE DONADELLE-MOORE,                         :
                                                   :  (Chapter 13)
                    Debtor.                        :
-------------------------------------------------- x
In re:                                             :
                                                   :  Case No. 14-41214-cec
DAVID T. ZULLO,                                    :
                                                   :  (Chapter 13)
                    Debtor.                        :
-------------------------------------------------- x
In re:                                             :
                                                   :  Case No. 14-41215-cec
CECILIA U. OQUENDO,                                :
                                                   :  (Chapter 13)
                    Debtor.                        :
-------------------------------------------------- x
In re:                                             :
                                                   :  Case No. 14-41292-cec
GLENN NORMAN ROSS,                                 :
                                                   :  (Chapter 13)
                    Debtor.                        :
-------------------------------------------------- x
In re:                                             :
                                                   :  Case No. 14-41446-cec
ARETHA C. JOHNSON,                                 :
                                                   :  (Chapter 13)
                    Debtor.                        :
-------------------------------------------------- x
                                                   :
In re:                                             :  Case No. 14-41447-cec
                                                   :
GIL LAMAAR COLEY,                                  :  (Chapter 13)
                                                   :
                    Debtor.                        :
-------------------------------------------------- x
```

```
------------------------------------------------------ x
In re:                                                 :
                                                       :  Case No. 14-41448-cec
REGINA B. WESTBROOK,                                   :
                                                       :  (Chapter 13)
                    Debtor.                            :
------------------------------------------------------ x
In re:                                                 :
                                                       :  Case No. 14-41584-cec
DEBORAH J. LOFFER,                                     :
                                                       :  (Chapter 13)
                    Debtor.                            :
------------------------------------------------------ x
In re:                                                 :
                                                       :  Case No. 14-41585-cec
NATASHA CORREA,                                        :
                                                       :  (Chapter 13)
                    Debtor.                            :
------------------------------------------------------ x
In re:                                                 :
                                                       :  Case No. 14-41671-cec
DWAYNE C. SMITH,                                       :
                                                       :  (Chapter 13)
                    Debtor.                            :
------------------------------------------------------ x
In re:                                                 :
                                                       :  Case No. 14-41749-cec
ALLAN JAMES,                                           :
                                                       :  (Chapter 13)
                    Debtor.                            :
------------------------------------------------------ x
In re:                                                 :
                                                       :  Case No. 14-40703-cec
BOBBY BAILEY,                                          :
                                                       :  (Chapter 13)
                    Debtor.                            :
                                                       :
------------------------------------------------------ x
In re:                                                 :
                                                       :  Case No. 14-41747-cec
PARAMESVARM APPUTHURAI,                                :
                                                       :  (Chapter 13)
                    Debtor.                            :
------------------------------------------------------ x
```

| | | |
|---|---|---|
| ------------------------------------------------------- | x | |
| In re: | : | |
| | : | Case No. 14-41699-cec |
| LILIA RAMIREZ, | : | |
| | : | (Chapter 13) |
| Debtor. | : | |
| ------------------------------------------------------- | x | |
| WILLIAM K. HARRINGTON, UNITED | : | Adv. Pro. Nos. 15-08230-cec |
| STATES TRUSTEE, REGION 2, | : | 15-08231-cec |
| | : | 15-08233-cec |
| Plaintiff, | : | 15-08234-cec |
| | : | 15-01100-cec |
| vs. | : | 15-01101-cec |
| | : | 15-01102-cec |
| MVP HOME SOLUTIONS, LLC, a New | : | 15-01103-cec |
| Jersey limited liability company; | : | 15-01104-cec |
| SILVERSTEIN & WOLF CORP., a New | : | 15-01106-cec |
| York corporation; BOLDEN PINNACLE | : | 15-01107-cec |
| GROUP CORP., a New York corporation; | : | 15-01108-cec |
| FREE CALM & GROWING, a New York | : | 15-01109-cec |
| sole proprietorship; MARCUS A. | : | 15-01110-cec |
| MULLINGS, individually, and as founder and | : | 15-01111-cec |
| sole member of MVP Home Solutions, LLC; | : | 15-01112-cec |
| AMAL M. BALMACOON, a/k/a MARTIN | : | 15-01113-cec |
| BALMACOON, individually, as chief | : | 15-01114-cec |
| executive officer and sole shareholder of | : | 15-01115-cec |
| Silverstein & Wolf Corp., and as sole | : | 15-01116-cec |
| shareholder and owner of Bolden Pinnacle | : | 15-01117-cec |
| Group Corp.; JOHN NELSON, individually, | : | 15-01118-cec |
| and as an agent for Silverstein & Wolf Corp.; | : | 15-01119-cec |
| DESSALINES SEALY, individually, as sole | : | 15-01120-cec |
| proprietor of Free, Calm & Growing, and as | : | 15-01121-cec |
| agent for Bolden Pinnacle Group Corp., | : | 15-01122-cec |
| | : | 15-01123-cec |
| Defendants. | : | 15-01124-cec |
| ------------------------------------------------------- | x | 15-01125-cec |

## STIPULATED SCHEDULING ORDER

An adjourned pre-trial conference (the "Pretrial Conference"), in the above-captioned adversary proceedings, was held before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, on January 19, 2016, at 3:00 p.m. William E. Curtin, Esq. appeared for plaintiff the United States Trustee (the "Plaintiff"), Gerald M. Hertz, Esq. appeared for

Defendants Amal Balmacoon, Silverstein & Wolf Corp., Bolden Pinnacle Group Corp., John Nelson, and Dessalines Sealy, d.b.a. Free, Calm and Growing (the "S&W Defendants"), and Norma E. Ortiz, Esq. appeared for defendants MVP Home Solutions, LLC, and Marcus M. Mullings (the "MVP Defendants") (collectively, the "Defendants").

At the Pretrial Conference, Plaintiff represented that discovery was completed by the January 15, 2016 deadline set by the Court. He also stated his intention to seek summary judgment against the Defendants and requested that the Court set a hearing date for Plaintiff's Motion for Summary Judgment (the "Motion"). Pursuant to the hearing date and time of April 28, 2016, at 1:00 p.m., set by the Court, and the Court's direction to submit a [proposed] stipulated scheduling order with respect to the Motion, the Plaintiff and the Defendants hereby stipulate and agree as follows:

1. The Plaintiff shall file the Motion and serve it on the Defendants, by overnight mail, no later than Monday, February 29, 2016;

2. The Defendants shall file their Objections to the Motion and serve them by overnight mail on the Plaintiff no later than Monday, March 28, 2016;

3. The Plaintiff shall serve a Reply Memorandum and serve it by overnight mail on the Defendants, no later than Friday, April 8, 2016; and

4. The Plaintiff and Defendant shall serve the Court with courtesy copies of all papers at the time of filing and service.

**Stipulated And Agreed:**

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE


By:    */s/ Alicia M. Leonhard*
       Alicia M. Leonhard
       Trial Attorney


AMAL BALMACOON, SILVERSTEIN & WOLF CORP.,
BOLDEN PINNACLE GROUP CORP., JOHN NELSON,
and DESSALINES SEALY, dba Free Calm & Growing


By:    */s/ Gerald M. Hertz*
       Gerald M. Hertz, Esq.
       Attorney for the S&W Defendants


MVP HOME SOLUTIONS, LLC, AND
MARCUS M. MULLINGS


By:    _s/Norma E. Ortiz_____
       Norma Ortiz, Esq.
       Attorney for the MVP Defendants



SO ORDERED:



Dated: Brooklyn, New York
February 26, 2016

_____
**Carla E. Craig**
**United States Bankruptcy Judge**